

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 08-20559-CR-DMM

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                            )
                                              ) ORDER GRANTING DEFENDANT CARDENAS'
BLANCA CARDENAS DE TELLO,   ) MOTION TO IMPOSE SENTENCE AT TIME OF
    Defendant.                           ) <u>7/23/08 CHANGE OF PLEA HEARING</u>
_____)

    THIS CAUSE came before the Court on Defendant Blanca Cardenas de Tello's Motion to Impose Sentence at 7/23/08 Change of Plea Hearing, and the Court, being advised Plaintiff United States of America agrees with this procedure, and further being advised in the premises, it is hereupon,

    ORDERED AND ADJUSED that:

    1. Defendant Blanca Cardenas de Tello's Motion to Impose Sentence at 7/23/08 Change of Plea of Hearing is GRANTED. The Court shall entertain argument from the parties whether it would be appropriate for the Court to consider sentencing this Defendant at the time of her July 23, 2008 change of plea hearing.

    DONE AND ORDERED in Chambers this /5 day of July, 2008 in Miami, Miami-Dade County, Florida.

                                        THE HONORABLE DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

cc: Service List (CM/ECF system)